**Opinion issued January 26, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00969-CV

_____

## ALI YAZDCHI, Appellant

## V.

## BBVA COMPASS BANK, Appellee

On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Case No. 2015-05657

## MEMORANDUM OPINION

Appellant, Ali Yazdchi, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon

2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).

On December 14, 2015, this Court notified appellant of the past due fee and advised him of the possibility of dismissal if he did not respond. On December 29, 2015, appellee, BBVA Compass Bank, filed a motion to dismiss based on the nonpayment of fees. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.